*In re* INTEGRACIÓN DE SALA DE VERANO.

*Número:* ———      *Resuelto:* 7 de noviembre de 1996

## ORDEN

En vista de la inhibición del Juez Presidente Señor Andréu García y de los Jueces Asociados Señor Negrón García, Señora Naveira de Rodón y Señor Corrada Del Río, *se constituye una Sala Especial compuesta por el Juez Asociado Señor Rebollo López, como su Presidente, y los Jueces Asociados Señores Hernández Denton y Fuster Berlingeri para entender en el Caso Núms. RE-89-435/RE-89-439, Cándido Oliveras, Inc. v. Universal Insurance Company.*

Lo decretó y firma,

<div style="text-align:center">

(*Fdo.*) Francisco Rebollo López
*Juez Asociado*

</div>

CERTIFICO:

<div style="text-align:center">

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*